UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE NEAL, | CIVIL NO. C10-05623-JRC |
| Plaintiff, | ORDER ON STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 12). This matter is before the Court on the parties' Stipulation for Equal Access to Justice Act Fees and Expenses (see ECF No. 18).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties and plaintiff's EAJA petition and attorney Declaration (ECF Nos. 18, 19), it is hereby ORDERED that EAJA attorney's fees of $4,116.53 and

ORDER RE EAJA FEES - Page 1
[C10-05623-JRC]

1  expenses in the amount of $17.13, shall be awarded to plaintiff pursuant to <u>Astrue v.</u>

2  <u>Ratliff,</u> 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).  If it is

3  determined that plaintiff's EAJA fees are not subject to any offset allowed under the

4  Department of the Treasury's Offset Program, then the check for EAJA fees shall be

5  made payable to Jeanette Laffoon, based on plaintiff's assignment of these amounts to

6  plaintiff's attorney.  Any check for EAJA fees shall be mailed to plaintiff's counsel,

7  Jeanette Laffoon, at 410-A South Capitol Way, Olympia, WA 98501.

8      DATED this 19th day of May, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER RE EAJA FEES - Page 2
[C10-05623-JRC]